United States District Court
District of Massachusetts          Date: 02-03-23

Case Name: Manuel Pena V. Superintendent of Souza Baranowski State Prison.
Case Number: 1:22-mc-91239-ADB

Dear: Honorable Court.

I filed a motion for equitable tolling and I received a response from the honorable Judge Allison D. Burroughs directing me to file my habeas petition before 2 weeks. I'm writing this letter to inform this honorable court, that I'm not able to file a habeas petition within 2 weeks. First, English is my second language and I use the assistance of another inmate to write and I'm poorly educated to file a habeas petition because I only went to school until 8th grade. Second, I was able to write and file the motion for equitable tolling because I got the assistance of another inmate. And finally, I explained my situation to CPCS, and Kathleen O'Connell informed me 12-12-22, to refrain my self from filling any motion because I would have an attorney assign to my case in about 8 to 12 weeks. Therefore, I Manuel Pena, respecfully move this honorable court to grant me time until I can have an attorney assign to my case. Also, I'm currently in segregation going through an abusive retaliation for refusing to plea out to a falsified D-Report a DOC officer gave me for reporting him. In the back of this letter is an affidavit describing part of the incident I reported and why I'm being retaliated.

Manuel Pena
MCI-Souza Baranowski
100 Harvard Road
Shirley, MA 01464

Sincerely
Manuel Pena
Inmate #W109581

